Argued and submitted March 4, affirmed April 3, 2003

In the Matter of the Suspension of
the Driving Privileges of

TRAVIS LEE PLATT,
*Respondent,*

*v.*

DEPARTMENT OF TRANSPORTATION,
DRIVER AND MOTOR VEHICLE
SERVICES BRANCH (DMV),
*Appellant.*

16-01-09484; A115869

66 P3d 571

David F. Coursen, Assistant Attorney General, argued the cause for appellant. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

No appearance for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *Dinsmore v. DMV*, 175 Or App 509, 28 P3d 1268 (2001), *rev allowed*, 334 Or 631 (2002); *Cole v. DMV*, 172 Or App 132, 17 P3d 573 (2001), *rev allowed*, 334 Or 631 (2002).